**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**KENDRA PARKER, Individually and on**                                          **PLAINTIFF**
**behalf of all others similarly situated**

**v.**                                    **CASE NO. 4:11CV00439 BSM**

**PHH MORTGAGE CORPORATION**                                          **DEFENDANT**

**<u>ORDER</u>**

    Pursuant to the parties' joint stipulation of dismissal [Doc. No. 121], this case is

dismissed without prejudice and each party shall bear its own fees and costs.

    IT IS SO ORDERED this 20th day of February 2014.


_____
UNITED STATES DISTRICT JUDGE