# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**KENDRA PARKER, Individually and on behalf of all others similarly situated**                                                                 **PLAINTIFF**

v.                            CASE NO. 4:11CV00439 BSM

**PHH MORTGAGE CORPORATION**                                                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE